**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| United States of America, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Ju Wen Zhou, et al., )<br>)<br>Defendant ) | Case No. 07 CR 799-5 |

**NOTICE OF CHANGE OF FIRM AND ADDRESS**

Please note that Michael Z. Gurland, counsel for Susan Chen, has joined the law firm of Neal, Gerber & Eisenberg LLP.  His new address is:

> Michael Z. Gurland
> Neal, Gerber & Eisenberg LLP
> 2 N. LaSalle Street
> Chicago, Illinois  60602
> Telephone:  (312) 269-8440
> Facsimile:  (312) 269-1747
> E-Mail:  mgurland@ngelaw.com

Please make note of this change of firm and address on your service lists.

By:    /s/ Michael Z. Gurland

Michael Z. Gurland
Neal, Gerber & Eisenberg LLP
2 N. LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 269-8000

Dated:  January 3, 2008

## CERTIFICATE OF SERVICE

I, Michael Z. Gurland, hereby certify that on January 3, 2008, one copy of the foregoing **Notice of Change of Firm and Address** was served on the individuals listed on the attached Service List by electronic delivery, or by depositing a copy of same in the United States Mail Chute from the law offices of Neal, Gerber & Eisenberg LLP located at 2 North LaSalle Street, Suite 2200, Chicago, Illinois 60602 with proper postage prepaid, before the hour of 5:00 p.m., as indicated on the Service List.

/s/ Michael Z. Gurland

## SERVICE LIST

**Defendants**

**Yong Ouyang** (7)          represented by **Stanley L. Hill**
*also known as*                               Stanley L. Hill & Associates, P.C.
Alun (7)                                      651 West Washington Blvd.
                                              Suite 205
                                              Chicago, IL 60661
                                              (312) 917-8888
                                              Email: stanhill@megsinet.net
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Public Defender or Community*
                                              *Defender Appointment*

---

**Li Xien Wu** (8)           represented by **Ronald J. Clark**
*also known as*                               Ronald J. Clark and Associates
Ray (8)                                       820 West Jackson Boulevard
                                              Suite 300
                                              Chicago, IL 60607
                                              (312) 307-0061
                                              Email: RonaldC1@juno.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Public Defender or Community*
                                              *Defender Appointment*

---

**Sejin Oh** (9)             represented by **Robert H. Aronson**
*also known as*                               100 West Monroe Street
Lee (9)                                       Suite 714
                                              Chicago, IL 60603
                                              (312) 372-7123
                                              Email: rharonson35@yahoo.com
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*
                                              *Designation: Retained*

---

**Jong Kyun Chae** (10)
*also known as*
Big John (10)

represented by **Jeffrey S. Weiner**
Weiner & Ratzan, P.A.
Two Datran Center, Suite 1910
Miami, FL 33156
(305) 670-9919
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*(Sent via regular U.S. Postal Service Delivery)*

---

**Jung Bae** (13)
*also known as*
John (13)

represented by **Ross M. Eagle**
Jester, Kenworthy & Eagle
53 West Jackson Blvd.
Suite 1324
Chicago, IL 60604
(312) 435-9901
Email: rmeagle@jkelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Melvin Dumanlang** (14)

represented by **Lawrence Wolf Levin**
Law Office of Lawrence Wolf Levin
214 West Ohio
5th Floor
Chicago, IL 60610
(312)236-7543
Email: lwlwolf@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Andrew So** (15)

represented by **Mark Herbert Kusatzky**
Attorney at Law
181 Waukegan Road
Suite 306
Northfield, IL 60093
(847) 441-9050
Email: mkusatzky@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Henry Chun** (16)          represented by **Ellen R. Domph**
Law Offices of Ellen R. Domph
53 W. Jackson Blvd.
Suite 1544
Chicago, IL 60604
(312)922-2525
Email: edomph@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Michael Cruz** (17)          represented by **Standish E. Willis**
Law Office of Standish E. Willis
407 South Dearborn Street
Suite 1395
Chicago, IL 60605
(312) 554-0005
Email: swillis818@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**Roberto Valdez** (18)          represented by **William O. Walters**
William O. Walters, Attorney at Law
209 Neil Avenue
Mt. Prospect, IL 60056
(847) 394-8848
Email: trialatny@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael Myint** (19)          represented by **Carl Peter Clavelli**
Attorney at Law
321 South Plymouth Court
Suite 1500
Chicago, IL 60604
(312)782-5433
Email: carlclavelli@netscape.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| | | |
|---|---|---|
| **Jorge Huerta** (20) | represented by | **Carl Peter Clavelli** |
| | | Attorney at Law |
| | | 321 South Plymouth Court |
| | | Suite 1500 |
| | | Chicago, IL 60604 |
| | | (312)782-5433 |
| | | Email: carlclavelli@netscape.net |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Joahan Trujillo** (21) | represented by | **Gregory T. Mitchell** |
| | | Law Office of Gregory T. Mitchell, P.C. |
| | | 18141 Dixie Highway |
| | | Suite 111 |
| | | Homewood, IL 60430 |
| | | (708)799-9325 |
| | | Email: mitchlaw00@sbcglobal.net |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Steven Jerome Dollear** |
| | | United States Attorney's Office (NDIL) |
| | | 219 South Dearborn Street |
| | | Suite 500 |
| | | Chicago, IL 60604 |
| | | (312) 353-5359 |
| | | Email: Steven.Dollear@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Timothy John Chapman** |
| | | United States Attorney's Office (NDIL) |
| | | 219 South Dearborn Street |
| | | Suite 500 |
| | | Chicago, IL 60604 |
| | | (312) 353-5300 |
| | | Email: timothy.chapman@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

NGEDOCS: 1492251.1