

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 5 | **DATE** | 1/2/2008 |
| **CASE TITLE** | USA vs. Susan Chen | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Susan Chen appears in response to arrest on 01/02/08. Defendant informed of her rights. Government and defendant agree on certain conditions of release. Bond set in the district court of Connecticut to stand in this district. Defendant waives her right to preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|