# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 5, 7, 8, 9, 14, 15, 17, 22 | **DATE** | 2/26/2008 |
| **CASE TITLE** | USA vs. Susan Chen, Yong Ouyang, Sejin Oh, Melvin Dumanlang, Andrew So, Michael Cruz, Ivan Myint | | |

**DOCKET ENTRY TEXT**

Mandarin interpreter sworn. Arraignment proceedings held. Defendants informed of their rights. Defendants waive formal reading of the Indictment and enter pleas of not guilty. Rule 16 conference to be held by 03/21/08. Pretrial motions are due by 04/18/08. Responses to be filed by 05/16/08. Status hearing before Judge Guzman is set for 05/22/08 at 10:30 a.m. Government's oral motion to exclude time is granted. Time ordered excluded from 02/22/08 to and including 05/22/08.          (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|