IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 CR 799 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| JU WEN ZHOU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Timothy J. Chapman
United States Attorney's Office
219 South Dearborn, Suite 500
Chicago, Illinois 60604

      PLEASE TAKE NOTICE that on Thursday, April 24, 2008 at 9:30 a.m. or as soon thereafter as we may be heard, we shall appear before the Honorable Ronald A. Guzman, or any other judge sitting in his stead in Courtroom 1219 at the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois and shall then and there present Susan Chen's Motion for Extension of Time, a copy of which is attached.

Dated: April 15, 2008               By:   s/ John J. Scharkey
                                                                          One of Her Attorneys

Michael Z. Gurland
John J. Scharkey
NEAL, GERBER & EISENBERG, LLP
*Attorneys for Susan Chen*
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Tel. (312) 269-8000
Facsimile: (312) 269-1474

- 2 -

## **CERTIFICATE OF SERVICE**

      I certify that I electronically filed the foregoing with Michael W. Dobbins, Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record.


                                                s/ John J. Scharkey


Michael Z. Gurland
John J. Scharkey
NEAL, GERBER & EISENBERG, LLP
*Attorneys for Susan Chen*
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Tel. (312) 269-8000
Facsimile: (312) 269-1474

NGEDOCS: 1523748.1