# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                       Case No.: 1:07−cr−00799
                                       Honorable Ronald A. Guzman

Ju Wen Zhou, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Ronald A. Guzmanas to Su Jeng Chen, Susan Chen, Thomas Man Lung Lo, Yong Ouyang, Li Xien Wu, Sejin Oh, Carlos Panadero, Jr, Jung Bae, Melvin Dumanlang, Andrew So, Henry Chun, Michael Cruz, Roberto Valdez, Michael Myint, Jorge Huerta, Joahan Trujillo, Ivan Myint: Status hearing held on 7/15/2008. Status hearing set for 8/28/2008 at 10:30 AM. In the interest of justice, Governments oral motion to exclude time is granted. Time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). Defendants presence are waived at the next status hearing. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.