IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>      v.                         )<br>                                 )<br>SUSAN CHEN,                      )<br>                                 )<br>            Defendant.           ) | Case No. 07 CR 799-5<br><br>Judge Ronald A. Guzman |

## NOTICE OF MOTION

To: All Counsel of Record

Timothy J. Chapman
United States Attorney's Office
219 South Dearborn, Suite 500
Chicago, Illinois 60604

Carrie J. Holberg
States Pre-Trial Services Officer
15100 Everett McKinley Dirksen
  United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

     PLEASE TAKE NOTICE that on Tuesday, August 5, 2008 at 9:30 a.m. or as soon thereafter as we may be heard, we shall appear before the Honorable Ronald A. Guzman, or any other judge sitting in his stead in Courtroom 1219 at the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Unopposed Motion to Modify Conditions of Pre-Trial Release**, a copy of which is attached.

Dated: July 25, 2008

SUSAN CHEN,

By: /s/ Michael Z. Gurland
               One of Her Attorneys

Michael Z. Gurland
John J. Scharkey
NEAL, GERBER & EISENBERG, LLP
*Attorneys for Susan Chen*
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Tel. (312) 269-8000
Facsimile: (312) 269-1474

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on the 25th day of July, 2008 he electronically filed **Unopposed Motion to Modify Conditions of Pre-Trial Release** with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

                                          s/ Michael Z. Gurland

Michael Z. Gurland
John J. Scharkey
NEAL, GERBER & EISENBERG, LLP
*Attorneys for Susan Chen*
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602
Tel. (312) 269-8000
Facsimile: (312) 269-1474

1550714