# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 5 | **DATE** | 8/5/2008 |
| **CASE TITLE** | USA vs. SUSAN CHEN | | |

**DOCKET ENTRY TEXT**

MOTION by Susan Chen to modify conditions of release Unopposed Motion to Modify Conditions of Pre-Trial Release to allow travel [191] is granted as stated in open court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|